IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-2498-WYD-MJW

MARK SOROKO, individually and as Surviving Parent of
LAURA IRENE SOROKO,

    Plaintiff(s),

v.

L. PERRIGO COMPANY et al.,

    Defendant(s).
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (docket #38), filed August 6, 2007.  After carefully reviewing the file in the above-captioned matter, I find that this stipulation should be approved.  Accordingly, it is

    ORDERED that the Stipulation for Dismissal With Prejudice (docket #38), filed August 6, 2007, is **GRANTED.**  It is

    FURTHER ORDERED that this action is **DISMISSED WITH PREJUDICE**.

    Dated:  August 8, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge